AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States
*Plaintiff*
v.
Dzenan Camovic
*Defendant*

Case No. 20-cr-00326

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dzenan Camovic .

Date: 08/26/2020

Rstahl
*Attorney's signature*


Robert G. Stahl 026311989
*Printed name and bar number*

53 Cardinal Drive
Floor 3, Suite 4
Westfield, New Jersey 07090
*Address*

Rstahl@stahlesq.com
*E-mail address*

(908) 301-9001
*Telephone number*

(908) 301-9008
*FAX number*