# CRIMINAL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **September 3, 2020** |
| **TIME:** | **11:30 a.m.** |
| **DOCKET NUMBER(S):** | **20CR-326 (RPK)** |
| **NAME OF CASE(S):** | **USA v. Camovic** |
| **FOR PLAINTIFF(S):** | **Hafetz and Heeren** |
| **FOR DEFENDANT(S):** | **Stahl and Gasiorowski, Defendant Camovic appeared by video from Rikers Island** |
| **INTERPRETER:** | **N/A** |
| **PRETRIAL OFFICER:** | **N/A** |
| **CONFERENCE:** | **Judge Kovner will hold a further conference at 12:00 noon on September 11, 2020.** |
| **FTR/COURT REPORTER:** | **Georgette Betts** |

**ARRAIGNMENT HEARING:**

**Proceeding held by videoconference with the consent of the defendant.**

**Mr. Camovic was advised of his pertinent constitutional rights and the charges against him and was arraigned on the indictment.**

**Mr. Camovic entered pleas of NOT GUILTY with respect to all charges in the indictment.**

**The Court entered a permanent order of detention without prejudice to any application for pretrial release that might be made in the future without objection from the defendant.**

**The Court excludes time under the Speedy Trial Act from today through September 11, 2020 pursuant to the CARES Act, administrative orders of the Chief Judge, because of the public health crisis, with the defendant's consent, and in the interests of justice. Judge Kovner will hold a further conference at 12:00 noon on September 11, 2020.**