# LAW OFFICES OF
# ROBERT G. STAHL, LLC

ROBERT G. STAHL♦
LAURA K. GASIOROWSKI•‡
ANDREW C. OLESNYCKY•♦

♦ CERTIFIED BY THE SUPREME COURT OF N.J. AS A CRIMINAL TRIAL ATTORNEY

• Also Admitted in NY
‡ Also Admitted in LA

WRITER'S E-MAIL:
RSTAHL@STAHLESQ.COM


June 7, 2021

**Via ECF and Courtesy Copy**
**Email** Kovner_Chambers@nyed.uscourts.gov
Honorable Rachel P. Kovner,
United States District Judge
U.S. District Court, EDNY
225 Cadman Plaza E
Brooklyn, N.Y. 11201

***Re: United States v. Dzenan Camovic, Criminal No. 20-CR-326 (RPK)***
***Request for Extension of Time to File Pretrial Motions***

Dear Judge Kovner:

This letter is to request a two week extension in time to file the defendant's pre-trial motions. The time is necessary to receive additional discovery from the U.S. Attorney's Office that will likely be relevant to our Motion to Suppress. The government is in the process of reviewing certain FBI 302s and other documents that will hopefully be turned over to the defense in regards to the suppression issue. However, any such documents will not be made available until the end of this week or next. The government, through AUSA Hafetz, consents to the adjournment request.

The original schedule set by the Court called for:

Defense Motions filed by June 14
Government Opposition by June 28
Defense Reply by July 6
Conference on July 19

We respectfully request the following adjourned schedule:

Defense Motions by June 28
Government Opposition by July 12
Defense Reply by July 19
Conference date to be set by Court

Respectfully submitted,

*s/ Robert G. Stahl*

____________________
Robert G. Stahl, Esq.

cc: Clerk of Court (by ECF)
AUSA Josh Hafetz (via email & ECF)
AUSA Craig R. Heeren (via email & ECF)
AUSA Artie McConnell (via email & ECF)