**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH:JAM/JGH
F. #2020R00515

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 17, 2021

By Email

Robert G. Stahl & Laura Gasiorowski
53 Cardinal Drive, 3rd Floor
Westfield, NJ 07090

Re: United States v. Dzenan Camovic
Criminal Docket No. 20-326 (RPK)

Dear Counsel:

Please find enclosed discovery material in the above-captioned case [Bates Nos. DC_001119 - 24].

| **BATES #** | **DESCRIPTION** |
|---|---|
| DC_001119 | Consent to search for a kitchen knife |
| DC_001120 - 24 | FD-302 reports of interviews with Husejin Camovic |

The government also hereby renews its prior requests for reciprocal discovery from the defendant. Please let us know if you have any questions.

Very truly yours,

MARK J. LESKO
Acting United States Attorney

By: /s/ Artie McConnell
Artie McConnell
Craig R. Heeren
Josh Hafetz
Assistant U.S. Attorneys
(718) 254-7000

Enclosures (via email)