# LAW OFFICES OF
# ROBERT G. STAHL, LLC

ROBERT G. STAHL♦
LAURA K. GASIOROWSKI•‡
ANDREW C. OLESNYCKY♦ •

• Also Admitted in NY
‡ Also Admitted in LA

♦ CERTIFIED BY THE SUPREME COURT
OF N.J. AS A CRIMINAL TRIAL ATTORNEY

WRITER'S E-MAIL:
RSTAHL@STAHLESQ.COM


June 25, 2021

**By ECF and Email**
United States District Court – Eastern District of New York
Judge Rachel P. Kovner
Courtroom: 4E-N
225 Cadman Plaza East
Brooklyn, New York 11201

***Re: United States v. Dzenan Camovic***
***20-CR-00326 (RPK)***

Dear Judge Kovner:

We represent defendant Dzenan Camovic in the above-captioned Indictment and write to you to respectfully request permission to file oversized memorandum of law in support of Defendant's Motion to Dismiss the Indictment and Motion to Suppress, which briefs are due Monday, June 28, 2021. Specifically, the Motion to Dismiss is 27 pages and the Motion to Suppress is 22 pages.

We recognize that this Court generally prefers memorandum of law in support of pretrial motions to be limited to 25 pages, however these issues are complex. The Motion to Dismiss has complex arguments about particular counts of the indictment and the case law surrounding each. The Motion to Suppress involves a unique set of facts surrounding the purported consent search and seven (7) subsequent search warrants that incorporated evidence obtained from that initial consent search.

Accordingly, Defendant Dzenan Camovic, by and through counsel, respectfully requests permission to file oversized briefs in support of these motions.

Thank you for your time and consideration.

Respectfully submitted,

*/s Robert G. Stahl*________
Robert G. Stahl, Esq.
Laura K. Gasiorowski, Esq.
*Attorneys for Dzenan Camovic*

cc: AUSA Joshua Hafetz (via ECF & email)
AUSA Craig Heeren
AUSA Artie McConnell