**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JAM/JGH
F.#2020R00515

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 30, 2021

By ECF and Email

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Dzenan Camovic
Criminal No. 20-CR-326 (RPK)

Dear Judge Kovner:

The government writes to respectfully request additional time to file its response to the defendant's pending motions (the "Defense Motions"), which include a motion to dismiss, ECF Docket No. 18, and a motion to suppress evidence, ECF Docket No. 19, filed on June 25, 2021. Specifically, having reviewed the Defense Motions, the government requests that the Court extend the government's filing deadline to September 15, 2021.

The Defense Motions are extensive and pertain to foundational issues in the case. Additionally, two of the undersigned prosecutors will be on trial for the balance of July and August. The requested extension will allow the government to adequately respond to the defendant's motions, which require complex legal and factual analysis.

The government has conferred with defense counsel, who have no objection to this request.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By: /s/ Artie McConnell
Artie McConnell
Craig R. Heeren
Josh Hafetz
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel of Record (by ECF and Email)
Clerk of Court (by ECF and Email)