**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH:JAM/JGH
F#2020R00515

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 30, 2021

By ECF & Email

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Dzenan Camovic
Docket No. 20-CR-326 (RPK)

Dear Judge Kovner:

The government writes to respectfully request that the status conference in the above-captioned case currently scheduled for August 2, 2021 be adjourned to a date in September following the completion of the briefing schedule set in the Court's most recent order dated June 30, 2021. Defense counsel joins in this request. The government also moves for the exclusion of time under the Speedy Trial Act until the new status conference date given the pendency of the defendant's motions filed on June 25, 2021.

Respectfully submitted,

JAQUELYN M. KASULIS
Acting United States Attorney

By: /s/ Josh Hafetz
Josh Hafetz
Craig Heeren
Artie McConnell
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (by email)
Defense counsel (by email)