**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JAM/JGH
F.#2020R00515

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 3, 2021

By ECF and Email

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Dzenan Camovic
Criminal No. 20-CR-326 (RPK)

Dear Judge Kovner:

The government writes to respectfully request permission to file a 50-page memorandum of law in response to the defendant's pending motions (the "Defense Motions"), which include a motion to dismiss, ECF Docket No. 18, and a motion to suppress evidence, ECF Docket No. 19, filed on June 25, 2021. The Defense Motions are 49 pages long, not including attached exhibits.

Thank you for your consideration of this request.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By: /s/ Artie McConnell
Artie McConnell
Craig R. Heeren
Josh Hafetz
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel of Record (by ECF and Email)
Clerk of Court (by ECF and Email)