# EXHIBIT A

FD-302 (Rev. 5-8-10)

-1 of 3-

██████████████████

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____06/04/2020_____

HUSEJIN CAMOVIC, date of birth November 24, 1972, home address ████████
██████████████ New York, New York, was interviewed at his residence by FBI
Special Agents Amanda Polis and Nathan Rudnick and TFO William McNally
(FDNY).  After being advised of the identity of the interviewing personnel
and the nature of the interview, HUSEJIN provided the following information:

DZENAN CAMOVIC, phone number ████████-9934, home address: ██████████
███████left their residence around 10 A.M. on Wednesday, June 3rd,
2020.  DZENAN, UBAID LALICIC, and FURKHAT LNU were helping do construction
at 55 Linden Boulevard, Brooklyn, where UBAID's father, SAUDIN LALICIC,
worked as a superintendent.  FURKHAT managed construction projects at this
address.  At some point between 6:00 P.M. and 7:00 P.M., DZENAN, UBAID, and
FURKHAT went to UBAID's residence, ██████████████████ Brooklyn, NY, for
dinner and prayer.  HUSEJIN spoke with DZENAN over the phone just before
7:00 P.M.  HUSEJIN told him that there was an 8:00 P.M. curfew and that
DZENAN needed to either come home or stay at UBAID's.  HUSEJIN believed
DZENAN intended to stay at UBAID's.  At some point between 9:00 and 10:00
P.M., DZENAN left the residence, saying he was going home.

HUSEJIN called FURKHAT around 1:50 A.M. on June 4th, 2020 after the
police arrived to speak with him.  HUSEJIN asked FURKHAT if he knew anything
about DZENAN's whereabouts.  FURKHAT told HUSEJIN that DZENAN was still at
UBAID's residence when he left around 9:00 P.M.

DZENAN did not have any negative feelings towards law enforcement and
never expressed any anti-police sentiment.  He had never been involved with
the police except for when he got into one minor fight several years ago at
a restaurant.  None of DZENAN's friends had any involvement with law
enforcement.  HUSEJIN said he raised his son to not have prejudices against
different groups of people.

██████████████████

Investigation on ___06/04/2020___ at _New York, New York, United States (In Person)_

File # ██████████████

Date drafted ___06/04/2020___

by  POLIS AMANDA, Nathan Rudnick

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ████████  Interview of HUSEJIN CAMOVIC _____, On 06/04/2020 , Page 2 of 3

DZENAN prayed five times per day. He typically only went to the mosque once per day for the nighttime prayers. DZENAN typically went to AL TAWHEED at ████████████████ Brooklyn. This is where all of their friends and family went. Occasionally, DZENAN would go to FUTA ISLAMIC at ██████ ████████████ Brooklyn, NY, because it was closer to the house.

DZENAN's only other close friends were childhood classmates who he grew up with: AMIR LNU, who resides in Brooklyn, ATIF LNU, who resides in Queens, and YUNUS LNU, who resides in Queens. DZENAN was not in an romantic relationship as dating is forbidden in their religion.

HUSEJIN purchased a property upstate at ████████ Jeffersonville, NY in October of last year. This was a second home for the family. HUSEJIN wanted to have it to get away from the city and thought he may fix it up and sell it in the future. DZENAN had been staying at the home in Jeffersonville since the coronavirus hit New York City, at some point in March. The past three weeks, HUSEJIN has come to Brooklyn Monday through Friday and then returned to Jeffersonville on the weekends. Most recently, DZENAN returned to Brooklyn on Monday, June 1.

The CAMOVIC family resided at a basement apartment at ████████████ Brooklyn, NY for twelve years. HUSEJIN worked as a superintendent at that building before moving to his current residence three years ago. HUSEJIN had a business registered at 2105 Foster Avenue and occasionally still received mail there. Otherwise, HUSEJIN has no connection to that address and there was no reason DZENAN would go there, other than to possibly pick up mail.

DZENAN studied Construction Management at CITY TECH, but did not finish school because he wanted to work and make money instead. DZENAN did various construction projects for HUSEJIN, but HUSEJIN did not have any work for him recently, which is why he was working with FURKHAT on June 3rd, 2020.

HUSEJIN did not know of any social media accounts DZENAN had. DZENAN had at least one USB in his bedroom at ████████████ residence. DZENAN sometimes carried a box cutter for work purposes. He recently sold his desktop computer on eBay and planned to buy a laptop. HUSEJIN knew of a Macbook Pro laptop, a Mac desktop, and an iPad at the house upstate, which were primarily used by DZENAN's siblings for homeschooling. HUSEJIN was

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ▮▮▮▮    Interview of HUSEJIN CAMOVIC    , On  06/04/2020   , Page   3 of 3

unsure if DZENAN also used these devices.

HUSEJIN was the superintendent of the following buildings:

- ▮▮▮▮▮, Brooklyn, NY
- ▮▮▮▮▮, Brooklyn, NY
- ▮▮▮▮rooklyn, NY

HUSEJIN provided the following additional information regarding DZENAN's associates:

- UBAID LALICIC, phone number: ▮▮▮-7048, was DZENAN's cousin.  UBAID split his time between ▮▮▮▮ and ▮▮▮▮ ▮ ▮▮▮▮ was his parent's residence.  They resided in a basement apartment.  UBAID was the superintendent at ▮▮▮▮  His unit was on the lobby level on the left side.
- SAUDIN LALICIC was DZENAN's uncle and UBAID's father.
- FURKHAT LNU, phone number: ▮▮▮8450, was the superintendent of ▮▮ ▮▮▮▮  FURKHAT lived in a basement apartment.  HUSEJIN did not know the unit number, but the unit was through the courtyard after entering the gate to the building.