# EXHIBIT B

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    06/04/2020

HUSEJIN CAMOVIC (CAMOVIC), date of birth (DOB) ▮▮▮1972, was interviewed at ▮▮▮▮▮▮▮▮ Brooklyn, NY. After being advised of the identity of the interviewing Investigators and the nature of the interview, CAMOVIC provided the following information:

CAMOVIC was born and raised in Bosnia and served one year in the military in 1990.  He immigrated to Hamm, Germany where he resided for approximately 6 years.  Upon arriving in the United States CAMOVIC resided in two separate locations in Queens, NY, but he couldn't recall the exact addresses. After living in Queens, he then resided at ▮▮▮▮▮ Brooklyn, NY in a basement apartment, for approximately 12 years before moving to his current address of ▮▮▮▮▮▮▮ Brooklyn, NY. He has been residing at this address with his family since September 2016. Since the current closure of schools due to the current COVID-19 virus, most of the family has been staying at their home in upstate New York. This home is located at ▮▮▮▮ Jeffersonville, NY.

CAMOVIC is married to SABINA AGANI and list their children as follows:

DZENITA CAMOVIC (DZENITA), date of birth, ▮▮▮1996

DZENAN CAMOVIC (DZENAN), date of birth, ▮▮▮999

DZENANA CAMOVIC (DZENANA), date of birth, ▮▮▮2001

▮▮▮▮▮▮▮ date of birth, ▮▮▮2006

▮▮▮▮▮▮▮, date of birth, ▮▮▮2012

CAMOVIC is currently the superintendent for three apartment buildings in

▮▮▮▮▮▮

| | | |
|---|---|---|
| Investigation on | 06/04/2020 at | Brooklyn, New York, United States (In Person) |
| File # ▮▮▮▮ | | Date drafted  06/04/2020 |
| by MARTIN KEVIN JOSEPH, CERCIELLO JOSEPH D | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of ▮▮▮▮  Interview of Husejin Camovic  , On 06/04/2020 , Page 2 of 2

Brooklyn, NY, which he listed as follows: ▮▮▮▮

CAMOVIC stated that his son DZENAN graduated from the AL-MADINAH school located on ▮▮▮▮ in Brooklyn. He attended AL-MADINAH from grades one through twelve.  He currently attends New York City Technical College where he is majoring in Construction Management.  CAMOVIC listed DZENAN's best friends from school as AMIR, ATIF and YOUNIS.  CAMOVIC couldn't provide any further identifiers for these individuals.

CAMOVIC considered his son very religious.  He attended the Al-Tawheed mosque located on Church Avenue and East 10th Street. His son doesn't go out that much and hasn't seen any changes in his son's behavior. He last spoke with DZENAN yesterday (Wednesday, June 3rd, 2020) at approximately 7:00 PM.  He was concerned about his son staying out past the citywide mandated curfew of 8:00 PM. DZENAN told his father not to worry, he was with UBAID LALICIC (LALICIC), ▮▮▮▮ and FURKHAT MAHMADOV (MAHMADOV), ▮▮▮▮ Brooklyn.  He would be staying with LALICIC at 61 Martense Street where LALICIC is the superintendant of the building.

At approximately 0900 hrs. CAMOVIC received a call from his brother-in-law who told him not to talk anymore because he retained an attorney for him. The interview was halted at this time.