# EXHIBIT E

**EXHIBIT E –       DRAFT TRANSCRIPT**

**[11:39 Total Time]**

| | | |
|---|---|---|
| **SGT. GASPARD:** | Ready? |
| **UKNOWN MALE #1:** | Yea |
| **SGT. GASPARD:** | Alright. As I apologize for the late... |
| **HUSEJIN CAMOVIC:** | No problem |
| **SGT. GASPARD:** | Late uh,…apologies |
| **HUSEJIN CAMOVIC:** | You gotta do what you gotta to do |
| **SGT GASPARD:** | So, do you uh… Did we tell you a little bit about your… |
| **HUSEJIN CAMOVIC:** | Son |
| **UNKNOWN MALE #1:** | Yes, son |
| **SGT. GASPARD:** | Does he, does he stay here? |
| **HUSEJIN CAMOVIC:** | Yea |
| **SGT GASPARD:** | How long has he uh stayed here? |
| **HUSEJIN CAMOVIC:** | All his life he's been with me |
| **SGT GASPARD:** | He's been with you. What schools did he go to? Like what uh… is he in college or… |
| **HUSEJIN CAMOVIC:** | Uh he was in college but he left the college from… yea this year he didn't go to college |
| **SGT. GASPARD:** | Okay what school |
| **HUSEJIN CAMOVIC:** | I just… don't know what the college name but construction management. It's downtown Brooklyn. I don't know what college called |

SGT. GASPARD:       Downtown Brooklyn…New York Tech, probably?

HUSEJIN CAMOVIC:    I think yes, New

SGT. GASPARD:       New York Tech?

[00:51]             *Phone ringing*

SGT. GASPARD:       I'm sorry, give me one second. You mind if I just get your name, date of birth in the meantime, [not discernable]?

HUSEJIN CAMOVIC:    Mine?

SGT. GASPARD:

HUSEJIN CAMOVIC:

SGT. GASPARD:       huh?

HUSEJIN CAMOVIC:

SGT. GASPARD:

HUSEJIN CAMOVIC:

SGT. GASPARD:       …?

HUSEJIN CAMOVIC:

SGT. GASPARD:       And when was the last time you saw your son today?

HUSEJIN CAMOVIC:    This morning

SGT. GASPARD:       This morning? At appr., at what time?

HUSEJIN CAMOVIC:    When I went to work. Around, let's see, 10

SGT. GASPARD:       10am?

HUSEJIN CAMOVIC:    Mmm

**SGT. GASPARD:** And uh he was what, getting ready to go out or he was…?

**HUSEJIN CAMOVIC:** He was sleeping

**SGT. GASPARD:** He was sleeping? Does he normally sleep that late?

**HUSEJIN CAMOVIC:** When he don't go to work he likes to sleep

**SGT. GASPARD:** Ah, I gotcha. Where does he work? Or does he work?

**HUSEJIN CAMOVIC:** He right now he work construction before this uh, Corona stuff

**SGT. GASPARD:** Corona? Do you know what he does for construction? Is he uh…

**HUSEJIN CAMOVIC:** He, everything, but mostly he does electric

**SGT. GASPARD:** Electrical? Is he in a union?

**HUSEJIN CAMOVIC:** No

**SGT. GASPARD:** No, that's tough to get in, man

**HUSEJIN CAMOVIC:** No, his uncle has a construction company and he started working

**SGT. GASPARD:** Okay

**HUSEJIN CAMOVIC:** With him. He work with me. I have a few buildings here so he works with me because I do everything with…

**UNKNOWN MALE #1:** You the Super here?

HUSEJIN CAMOVIC:   Yea

UNKNOWN MALE #1:   Oh, okay

SGT. GASPARD:   Yea. So you usually get up around, or what time do you normally get up?

HUSEJIN CAMOVIC:   Huh?

SGT. GASPARD:   What time do you normally get up?

HUSEJIN CAMOVIC:   7:30, 8

SGT. GASPARD:   7:30? And uh what buildings do you ▓▓ nd here?

HUSEJIN CAMOVIC:   ▓▓▓▓▓ Street

SGT. GASPARD:

HUSEJIN CAMOVIC:   And ▓▓▓▓▓

SGT. GASPARD:   ▓▓▓▓▓ 10-0...

HUSEJIN CAMOVIC:   ▓▓▓▓▓ It's on the

SGT. GASPARD:   He ever help you out?

HUSEJIN CAMOVIC:   Yea

SGT. GASPARD:   He does? And when he helps you out, what does he do?

HUSEJIN CAMOVIC:   Whatever I tell him. Yesterday he worked with me on the [not discernable] .. we're doing the commercial down [not discernable] one of the parks so I left him upstate and left him doing the garbage for me and this morning I come

| | |
|---|---|
| | back and he was with his cousin |
| SGT. GASPARD: | Right |
| HUSEJIN CAMOVIC: | They both sleep here |
| SGT. GASPARD: | And what's the cousin's name? |
| HUSEJIN CAMOVIC: | Ubaid |
| SGT. GASPARD: | You mind spelling that for me? |
| HUSEJIN CAMOVIC: | U-B-I-D. No, U-B-A-I-D. A, Ubaid, yea, A-I-D |
| SGT. GASPARD: | Okay, and last name? |
| HUSEJIN CAMOVIC: | Lalicic. L-I-L-… L-A-L-I-C-I-C. |
| SGT. GASPARD: | Okay and do you have his date of birth at all? |
| HUSEJIN CAMOVIC: | No |
| SGT. GASPARD: | Do you know his age? |
| HUSEJIN CAMOVIC: | Weight? |
| SGT. GASPARD: | No, his age. |
| HUSEJIN CAMOVIC: | For whom, for my son? |
| SGT. GASPARD: | No for the cousin |
| HUSEJIN CAMOVIC: | No I ..his.. |
| SGT. GASPARD: | Approximate? |
| HUSEJIN CAMOVIC: | 17 |
| SGT. GASPARD: | 17? |
| HUSEJIN CAMOVIC: | 17, 18, I don't know his.. |
| SGT. GASPARD: | Okay. And since he's been around here most of his life, you, does he hang out |

|  | | |
|---|---|---|
|  | | with anybody around here? |
| HUSEJIN CAMOVIC: | | No |
| SGT. GASPARD: | | He doesn't have much friends? |
| HUSEJIN CAMOVIC: | | No |
| SGT. GASPARD: | | Around here? Would you consider him like a loner, hanging out by himself, or.. |
| HUSEJIN CAMOVIC: | | No, he, when he, he's out he's like 2, 3 friends from the school and |
| SGT. GASPARD: | | Uh huh |
| HUSEJIN CAMOVIC: | | And with Ubaid and the cousins |
| SGT. GASPARD: | | Right. So that's who he usually hangs out with? |
| HUSEJIN CAMOVIC: | | Yea |
| SGT. GASPARD: | | I gotcha. Sorry, I'm a, I'm a slow writer… Alright and uh the cousin obviously slept here last night as well? |
| HUSEJIN CAMOVIC: | | Yea |
| SGT. GASPARD: | | And does the cousin work? |
| HUSEJIN CAMOVIC: | | Yes he does |
| SGT. GASPARD: | | Where does he work? |
| HUSEJIN CAMOVIC: | | He works as a Super |
| SGT. GASPARD: | | Oh, Super as well? |
| HUSEJIN CAMOVIC: | | Yea |

SGT. GASPARD: Okay. And so did you even speak to him this morning when you told him you were going out or he was knocked out and you didn't even get a chance to speak?

HUSEJIN CAMOVIC: He didn't waking up I went to work and later I called him around 1:19

SGT. GASPARD: Mmhmm

HUSEJIN CAMOVIC: And I told him, that he usually does paperwork for the, his uncle the construction company so I called him around 1:19, 1:19 actually I called him and said cause I know he told me he didn't finish some invoice and stuff

SGT. GASPARD: Right

HUSEJIN CAMOVIC: And I said because he's supposed to help me but we didn't have access uh with the tenants so I told him since you don't work with me today you can go finish the uh

SGT. GASPARD: The invoices

HUSEJIN CAMOVIC: The invoices

SGT. GASPARD: And when you spoke to him what was his demeanor? Was he fine with that, he was mad at you, he was, he was fine…?

HUSEJIN CAMOVIC: No, no. He was okay. He said okay and

he left.

SGT. GASPARD: Okay

HUSEJIN CAMOVIC: He left and he worked over there and around 7 o'clock I called him and he don't pick up the phone and I spoke with his cousin and I said… his cousin, Ubaid, he's Super 61 uh Martens… So, he say we are here, we're gonna have dinner together

SGT. GASPARD: And where's here?

HUSEJIN CAMOVIC: 61 Martens

SGT. GASPARD: Martens. Is that an apartment number?

HUSEJIN CAMOVIC: I don't know, it's a lobby apartment

SGT. GASPARD: Okay

HUSEJIN CAMOVIC: I spoke to them 6:48 and I told them you know guys after 8 you can't go, you can't be outside. So you either stay there or you come home before then. And um one of our friends later came in and he was with them

SGT. GASPARD: Okay

HUSEJIN CAMOVIC: And he told me he left them around 9 o'clock, he left them both in the apartment. But since the friend he's also Super on Bedford Avenue, he said

|                      |                                                                              |
|----------------------|------------------------------------------------------------------------------|
|                      | the police came                                                              |
| **SGT. GASPARD:**    | Mmhmm                                                                        |
| **HUSEJIN CAMOVIC:** | To look at the camera because there's a shooting over there                  |
| **SGT. GASPARD:**    | On Bedford?                                                                  |
| **HUSEJIN CAMOVIC:** | Yea somewhere in the area. I don't know                                      |
| **SGT. GASPARD:**    | Okay                                                                         |
| **HUSEJIN CAMOVIC:** | They came to check the camera on Bedford so I assume somewhere there         |
| **SGT. GASPARD:**    | Right. Okay                                                                  |
| **HUSEJIN CAMOVIC:** | And he said um that he called Ubaid just to tell him not to go out because he was supposed to go take the garbage out for collection |
| **SGT. GASPARD:**    | Right                                                                        |
| **HUSEJIN CAMOVIC:** | So he said he called him and said don't go outside there was some trouble around so stay home, don't…don't do nothing |
| **SGT. GASPARD:**    | Mhmm                                                                         |
| **HUSEJIN CAMOVIC:** | And then um he told him that my son left home.                               |
| **SGT. GASPARD:**    | So Ubaid then told…                                                          |
| **HUSEJIN CAMOVIC:** | Yea                                                                          |
| **SGT. GASPARD:**    | The other super                                                             |

**HUSEJIN CAMOVIC:** Yea…

**SGT. GASPARD:** That your son already left him?

**HUSEJIN CAMOVIC:** Yes

**SGT. GASPARD:** Did he say around what time your son left?

**HUSEJIN CAMOVIC:** Between 9 and 10

**SGT. GASPARD:** Between 9 and 10?

**HUSEJIN CAMOVIC:** Somewhere there, I don't really… So, I just spoke to later, later after you guys came

**SGT. GASPARD:** Mmhmm

**HUSEJIN CAMOVIC:** He say he left little after my son from Martens because he live with his parents, they live on Ocean Avenue

**SGT. GASPARD:** Okay

**HUSEJIN CAMOVIC:** Say then I call him and say what are you up to and he say I'm heading home so I say I'll wait for you there. And he told me, after a while he text me it's gonna be a while till I come to you

**SGT. GASPARD:** It's gonna be a what?

**HUSEJIN CAMOVIC:** While. Until I get there

**SGT. GASPARD:** Oh it's gonna be a while, okay. Alright. Alright so just let me..I'm a

little confused. Who texted you that it's gonna be a while till he gets there?

**HUSEJIN CAMOVIC:** My son text to his cousin, to Ubaid

**SGT. GASPARD:** To Ubaid? Alright, okay

**UNKNOWN MALE #1:** And what time is the last time you spoke to your son?

**HUSEJIN CAMOVIC:** 6:48, 6:47 something like that, right before 7.

**{08:43]** ***Phone ringing***

**HUSEJIN CAMOVIC:** I call his cousin Ubaid and he put me on speaker so I was talking to both of them and I told him to stay there if you leave before 8 you leave if you don't then stay there because the apartment is empty then … that's something Ubaid, he sometimes sleep there, his Super let him. He has rightful apartment but he…wants to spend uh sleep with his family on Ocean Avenue

**SGT. GASPARD:** I gotcha

**HUSEJIN CAMOVIC:** So I thought they were gonna sleep there because last night they sleep here together

SGT. GASPARD: And you said before I got here you spoke to other officers as well?

HUSEJIN CAMOVIC: Yea

SGT. GASPARD: Okay give me one sec…

HUSEJIN CAMOVIC: Everybody that comes here they have something to ask but they don't want to tell me what's going on with my son

SGT. GASPARD: Gimme one…

HUSEJIN CAMOVIC: And if you guys don't know what, what is it you would not come here, I know that

SGT. GASPARD: We're just trying to put the pieces together so I'm just trying to you know, find out..

HUSEJIN CAMOVIC: Do I have the right to know, is my son in police department, in hospital, is he alive, is he dead, that all that anything..

SGT. GASPARD: Uh, I will try my best to get you some information, how about that?

HUSEJIN CAMOVIC: You've been trying since you came

SGT. GASPARD: I don't' know who came before, I can only speak for me right now but I'll, I'll see what I can do. Um, okay hold on one second, one second. Now where is

|  |  | his room? Right here? Did they go in already? |
| **HUSEJIN CAMOVIC:** | Yea |
| **SGT. GASPARD:** | Mind if I take a look? |
| **HUSEJIN CAMOVIC:** | Take a look |
| **SGT. GASPARD:** | Did they take anything? |
| **HUSEJIN CAMOVIC:** | No |
| **SGT. GASPARD:** | No? Mind if I take a picture? |

**{11:28}**

**SGT. GASPARD:** Alright, give me one second, let me just speak to my detective real quick. Thank you very much sir, I appreciate that. Give me two seconds.

**End**