# EXHIBIT F

**DC_000251**

FD-26 (Rev. 7-20-94)

## DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

### CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

(Describe the person(s), place(s), or thing(s) to be searched.)

 , Brooklyn, NY 11226, and all the contents therein.

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

____6/4/2020____
/Date

_____ Signature

5:20PM   Witness

BilalMORGAN