# LAW OFFICES OF ROBERT G. STAHL, LLC

ROBERT G. STAHL♦
LAURA K. GASIOROWSKI•‡
ANDREW C. OLESNYCKY♦ •

• Also Admitted in NY
‡ Also Admitted in LA

♦ CERTIFIED BY THE SUPREME COURT OF N.J. AS A CRIMINAL TRIAL ATTORNEY

WRITER'S E-MAIL:
RSTAHL@STAHLESQ.COM


October 13, 2021

**By ECF and Email**
United States District Court – Eastern District of New York
Judge Rachel P. Kovner
Courtroom: 4E-N
225 Cadman Plaza East
Brooklyn, New York 11201

***Re: United States v. Dzenan Camovic, 20-CR-00326***

Dear Judge Kovner:

We are exploring plea discussions with both the U.S. Attorney's Office and the Kings County District Attorney's Office in this matter. Given the nature of the charges in both jurisdictions and the levels of approval that any potential resolution would require, additional time will be necessary to determine if this matter can be resolved. Thus, we are requesting that the Court adjourn the scheduled suppression hearing until a date in January to allow the parties sufficient time. This adjournment would potentially save valuable judicial resources as the hearing would likely to require two days and post-hearing briefs.

In speaking with Mr. Chan, it seems that January 18, 2022 is available and that dates works for both the government and the defense. We also consent to exclude the time under the Speedy Trial Act of 1974 pursuant to 18 U.S.C. Section 3161(h)(7) till then.

Thank you for your time and consideration.

Respectfully submitted,

*/s Robert G. Stahl, Esq.*

Robert G. Stahl, Esq.

cc: AUSA Joshua Hafetz
AUSA Craig Heeren
AUSA Artie McConnell