LAW OFFICES OF
ROBERT G. STAHL, LLC

ROBERT G. STAHL♦
LAURA K. GASIOROWSKI•‡
ANDREW C. OLESNYCKY♦ •

• Also Admitted in NY
‡ Also Admitted in LA

♦ CERTIFIED BY THE SUPREME COURT
OF N.J. AS A CRIMINAL TRIAL ATTORNEY

WRITER'S E-MAIL:
RSTAHL@STAHLESQ.COM

January 5, 2022

**By ECF and Email**
United States District Court – Eastern District of New York
Judge Rachel P. Kovner, U.S.D.J.
Courtroom: 4E-N
225 Cadman Plaza East
Brooklyn, New York 11201

***Re: United States v. Dzenan Camovic, 20-CR-00326***

Dear Judge Kovner:

On behalf of defendant Dzenan Camovic we respectfully request that the court appearance presently scheduled for Tuesday, January 18, be converted to a telephonic status conference. Both sides have been conferring and have reached an agreement in principle that obviates the need for the suppression hearing. At the status conference we would be able to update the Court and provide additional details.

Thank you for your time and consideration.

Respectfully submitted,

*/s Robert G. Stahl, Esq.*

Robert G. Stahl, Esq.

cc: AUSA Joshua Hafetz
AUSA Craig Heeren
AUSA Artie McConnell

53 CARDINAL DRIVE, 3RD FLOOR, SUITE 4, WESTFIELD, NJ 07090
P 908.301.9001/F 908.301.9008
WWW.STAHLESQ.COM

NY OFFICE: 52 DUANE STREET, 7TH FLOOR, NEW YORK, NY 10007