**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JAM/JGH
F.#2020R00515

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 22, 2022

By ECF and Email

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Dzenan Camovic
Criminal No. 20-CR-326 (RPK)

Dear Judge Kovner:

The government and defense counsel respectfully request that the March 1, 2022 change of plea hearing before the Court be converted to a telephone status conference. The parties' plea negotiations are ongoing and it is expected that a final proposed resolution will be reached in the coming weeks. The parties believe it would be useful to provide a status update to the Court on March 1, 2022, after which a new change of plea hearing can be scheduled.

Respectfully submitted,

BREON PEACE
Acting United States Attorney

By: /s/ Josh Haferz
Josh Hafetz
Craig R. Heeren
Artie McConnell
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel of Record (by ECF and Email)
Clerk of Court (by ECF and Email)