UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DZENAN CAMOVIC,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

Docket No. 20-CR-326 (RPK)

WHEREAS, Dzenan Camovic, with NYSID Number 14990129N and Book and Case Number 3002000209, currently in the custody of the New York City Department of Correction at the Rikers Island Correctional Facility (hereinafter "Rikers Island"), is to be produced at Rikers Island for a telephone conference with the United States District Court for the Eastern District of New York, and his attendance is required in the above-captioned matter, it is hereby:

ORDERED that the Commissioner of the New York City Department of Correction, or whosoever shall have supervision or control of inmate Dzenan Camovic, shall produce Dzenan Camovic to a secure location with telephone access within Rikers Island on Tuesday, March 1, 2022 at 12:00 p.m., for participation in the aforementioned telephone conference by using the dial-in telephone number (888) 278-0296 and the access code 2012636.

Dated: Brooklyn, New York
February 22 , 2022

/S/ *Rachel Kovner*

HONORABLE RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK