**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP:CRH/JAM/JGH
F.#2020R00515

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 15, 2022

By ECF and Email

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Dzenan Camovic
Criminal No. 20-CR-326 (RPK)

Dear Judge Kovner:

The government writes in response to the Court's request, made today at the plea hearing in the above-referenced matter, for more information about the interaction between any period of supervised release ordered by the Court and the defendant's removal from the United States.

As reflected in the plea agreement, the defendant is to be removed from the United States to Bosnia-Herzegovina after the completion of his sentence of imprisonment. The exact timing of when the defendant will be removed is not set and could be impacted by issues and facts that cannot be determined at this time, particularly where the defendant's removal will not occur for many years. Accordingly, a situation may arise where the defendant will have completed his term of imprisonment, but may remain in the United States while his removal process is pending. If the defendant were to be released from custody prior to his removal, he should be subject to the supervised release conditions as contemplated by the plea agreement. Once the defendant has, in fact, been removed, the government would not object to a motion for early termination of supervised release. Accordingly, the government respectfully submits that, at the time of sentencing, the Court should sentence the defendant to the five-year term of supervised release contemplated in the plea agreement.

Separately, the government writes to notify the Court of a conflict with the sentencing date, which was scheduled for June 30, 2022. The government has been advised that one of the victims has a conflict on that date that cannot be moved. Accordingly, the government respectfully requests a different sentencing date where the relevant victim can be in attendance, and will coordinate with defense counsel and the Court's deputy to find a date that works for all.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Craig R. Heeren
Josh Hafetz
Craig R. Heeren
Artie McConnell
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel of Record (by ECF and Email)
Clerk of Court (by ECF and Email)