**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JAM/JGH
F.#2020R00515

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 16, 2022

By ECF and Email

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Dzenan Camovic
Criminal No. 20-CR-326 (RPK)

Dear Judge Kovner:

After conferring with defense counsel and the Court's deputy earlier today, the parties hereby respectfully request that sentencing in the above-captioned matter be scheduled for August 4, 2022 at 10:30 a.m. As the government informed the Court in a letter filed yesterday, one of the victims has a conflict with the originally-scheduled sentencing date of June 30, 2022. Both the government and defense counsel will be prepared to proceed with sentencing on August 4, 2022.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Josh Hafetz
Josh Hafetz
Craig R. Heeren
Artie McConnell
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel of Record (by ECF and Email)
Clerk of Court (by ECF and Email)