**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JAM/JGH
F.#2020R00515

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 3, 2022

By ECF and Email

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Dzenan Camovic
Criminal No. 20-CR-326 (RPK)

Dear Judge Kovner:

In response to the Court's August 1, 2022 scheduling order, after conferring with defense counsel and the Court's deputy, the parties hereby respectfully request that sentencing in the above-captioned matter be scheduled for September 21, 2022 at 11:00 a.m. Both the government and defense counsel will be prepared to proceed with sentencing on that date.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Artie McConnell
Josh Hafetz
Craig R. Heeren
Artie McConnell
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel of Record (by ECF and Email)
Clerk of Court (by ECF and Email)