**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAM
F.#2020R00515

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 21, 2022

By ECF and Email

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Dzenan Camovic
Criminal No. 20-CR-326 (RPK)

Dear Judge Kovner:

The government writes to address the issue of restitution in the above-captioned matter, pursuant to Title 18, United States Code, Sections 3663 and 3664. The government has communicated with representatives of the applicable victims in the case, who have confirmed that expenses and losses related to the offense conduct have been covered through the New York City Police Department. As such, the victims will not be seeking additional restitution from the Court.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Artie McConnell
Craig R. Heeren
Artie McConnell
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel of Record (by ECF and Email)
Clerk of Court (by ECF and Email)