UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

DZENAN CAMOVIC

Defendant.

ORDER OF JUDICIAL REMOVAL

20 CR 326 (RPK)

------------------------------X

Upon the application of the United States of America, by Josh Hafetz, Assistant United States Attorney, Eastern District of New York, Craig R. Heeren, Assistant United States Attorney, Eastern District of New York, and Artie McConnell, Assistant United States Attorney, Eastern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of DZENAN CAMOVIC ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a citizen of Bosnia and Herzegovina, who was born in Germany.

3. The defendant arrived in the United States on an unknown date and at an unknown place of entry.

4. On ~~or about~~ March 15, 2022, the defendant ~~will plead~~ pleaded guilty in the U.S. District Court, Eastern District of New York, to Counts One and Two of the Indictment, charging the defendant with Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a), and Discharging a Firearm in Furtherance of a Crime of Violence, in violation of 18 U.S.C § 924(c)(1)(A)(iii), respectively.

5. At the time of sentencing in the instant criminal proceeding, the defendant ~~will be~~ was convicted in the United States District Court, Eastern District of New York, of a violation of 18 U.S.C. § 1951(a) (Hobbs Act Robbery).

6. A ~~maximum~~ sentence of ~~20 years~~ 212.5 months of imprisonment ~~may be~~ was imposed for this offense.

7. At the time of sentencing in the instant criminal proceeding, the defendant ~~will be~~ was convicted in the United States District Court, Eastern District of New York, of a violation of 18 U.S.C. § 924(c)(1)(A)(iii) (Discharging a Firearm in Furtherance of a Crime of Violence).

8. A ~~maximum~~ sentence of ~~life imprisonment may be~~ 120 months was imposed for this offense. Thesentence imposed on each count ~~must run~~ runs consecutively.

9. The defendant is~~, and at sentencing will be,~~ subject to removal from the United States pursuant to: (1) Section 212(a)(2)(B) of the Immigration and Nationality Act of 1952, as amended ("INA"), in that he is an alien who has been convicted of two or more offenses (other than purely political offenses), regardless of whether the conviction was in a single trial or whether the offenses arose from a single scheme of misconduct and regardless of whether the offenses involved moral turpitude, for which the aggregate sentence to confinement were five years or more; and (2) Section 212(a)(6)(A)(i) of the INA, as amended, in that he is an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

10. The defendant has waived his right to notice and a hearing under Section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c).

11. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

12. The defendant has designated Bosnia and Herzegovina as the country for removal

Case 1:20-cr-00326-RPK Document 45-1 Filed 06/21/23 Page 3 of 3 PageID #: 552

pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238[(d)](c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228[(d)](c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Bosnia and Herzegovina.

Dated: Brooklyn, New York
JUNE 22, 2023

/s/ Rachel P. Kovner

THE HONORABLE RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE