FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 16 2025 ★
BROOKLYN OFFICE

Eastern District Court of New York
Clerk of The Court
RE: "Court Fees" | United States of America V. Dzenan Camovic 20-CR-326 (RPK)
4-1-25

Greetings,

In regards to the above captioned matter, the court imposed a fee of two hundred dollars. That fee was paid on the day of sentencing. Would you please forward me a reciept for that payment showing that the Court fee of two hundred dollars has been satisfied.

I look forward to your response. Thank you for your time and effort.

Dzenan Camovic

REC'D IN PRO SE OFFICE
APR 16 '25 PM3:57

Dzenan Camovic 91198-509
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

HARRISBURG PA 171
10 APR 2025 PM 2 L

USA FOREVER

Mailed from
Federal Correctional Institution
Schuylkill, PA

United States District Court
TO Eastern District of New York
225 Cadman plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 16 2025 ★
BROOKLYN OFFICE

USM

11201-183299